IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00153-AP

ELIZABETH J. GARCIA,

Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Robert K. Gruber, #9413
3500 South Wadsworth Blvd., Suite 215
Lakewood, Colorado 80235-2382
Telephone (303) 986-6400
FAX (303) 986-6800
E-mail: bobgruber@earthlink.net
Attorney for Plaintiff

For Defendant:
DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
303-454-0184
kevin.traskos@usdoj.gov

Stephanie Fishkin Kiley
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
303-844-0815
stephanie.kiley@ssa.gov

-1-

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** January 25, 2010

**B. Date Complaint Was Served on U.S. Attorney's Office:** January 28, 2010

**C. Date Answer and Administrative Record Were Filed:** April 1, 2010

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Counsel for Plaintiff states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**Counsel for Defendant states:** To the best of his knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

There are no other matters anticipated.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiffs Opening Brief Due:** May 21, 2010

**B. Defendant's Response Brief Due:** June 21, 2010

**C. Plaintiffs Reply Brief (If Any) Due:** July 6, 2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

   Plaintiff does not request oral argument.

**B. Defendant's Statement:**

   Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of April 2010.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| for Plaintiff: | for Defendant: |
|---|---|
| s/ Robert K. Gruber<br>Robert K. Gruber<br>3500 South Wadsworth Blvd., Suite 215<br>Lakewood, Colorado 80235-2382<br>Telephone (303) 986-6400<br>FAX (303) 986-6800<br>E-mail: bobgruber@earthlink.net<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>By: s/Stephanie Lynn F. Kiley<br>Stephanie Fishkin Kiley<br>Assistant Regional Counsel<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br>Stephanie.Kiley@ssa.gov<br>Attorneys for Defendant. |