IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-153-AP**

**ELIZABETH GARCIA**,

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security**,

      Defendant.

---

## ORDER TO REDACT THE ADMINISTRATIVE RECORD

---

      The Stipulated Motion to Redact the Administrative Record (doc. #15), filed July 19, 2010, is GRANTED.  It is

      ORDERED that page 499 of the Certified Administrative Record (C.A.R.), completed on March 15, 2010, be redacted from the record, be removed from all copies of the record and forwarded to Stephanie Lynn F. Kiley, Assistant Regional Counsel, Social Security Administration, Office of General Counsel, 1961 Stout, Suite 1001A, Denver, CO 80294.  The Clerk is directed to remove said page from the C.A.R. filed with the Court and forward this page to the above address.

      Dated at Denver, Colorado this 19th day of July, 2010.

                        BY THE COURT:

                        *s/John L. Kane*
                        Judge John L. Kane
                        United States District Court Judge